IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ROSE WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:11-CV-00270 |
| CITY OF SEVIERVILLE, | ) ) ) | |
| Defendant. | ) ) | |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and announce to the Court that all issues between them have been compromised and resolved, and enter this Voluntary Stipulation of Dismissal with Prejudice of this action with each party to bear its own costs and attorneys fees.

Respectfully submitted this 9th day of October, 2012.

/s/ Timothy A. Housholder
Timothy A. Housholder (BPR # 020792)
ACLU-TN Cooperating Attorney
Gilreath & Associates
550 W. Main Street, Suite 600
Knoxville, TN 37902
Telephone: (865) 637-2442
thousholder@sidgilreath.com

Tricia Herzfeld (BPR # 026014)
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Telephone: (615) 320-7143
tricia@aclu-tn.org

*Counsel for Plaintiff*


/s/ Benjamin K. Lauderback
Benjamin K. Lauderback (BPR# 020855)
Watson, Roach, Batson, Rowell & Lauderback, P.L.C.
900 S. Gay Street, Ste. 1500
Knoxville, TN 37902
(865) 637-1700
blauderback@watsonroach.com

*Counsel for Defendant*